CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
LISA MINJAREz

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>LISA MINJAREZ<br><br>            Defendants. | Case No.:  1:09-cr-00466 OWW<br><br>STIPULATION TO SET MATTER FOR CHANGE OF PLEA<br><br>Date: April 18, 2011<br>Time:  9:00 am<br>Honorable Oliver W. Wanger |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that this matter be placed on the court's calendar for a change of plea hearing on April 18, 2011 at 9:00 am.  A written plea agreement has been executed by all parties and filed with the court.

Dated:  March 16, 2011                                    Respectfully submitted,

                                                                          /s/  Carl M. Faller_____
                                                                          CARL M. FALLER
                                                                          Attorney for Defendant

                                                                          BENJAMIN B. WAGNER
                                                                          United States Attorney

                                                               By   /s/ Elana S. Landau_____
                                                                          ELANA S. LANDAU
                                                                          Assistant U.S. Attorney
                                                                          Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that this case be placed on the court's calendar for a change of plea on April 18, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:   **April 13, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE