CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
LISA MINJAREz

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA MINJAREZ<br><br>    Defendants. | Case No.: 1:09-cr-0466 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HERING<br><br>Date: August 29, 2011<br>Time:  9:00 am<br>Honorable Oliver W. Wanger |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that the sentencing hearing currently set for August 29, 2011 at 1:30 pm be continued to September 12, 2011 at 9:00 am.  The reason for the continuance is that defense counsel just recently received the court documents regarding defendant's prior state court convictions.  These documents must be evaluated addressed in a sentencing memorandum to the court filed prior to the sentencing hearing.

Dated:  August 24, 2011                                                   Respectfully submitted,

                                                                                          /s/  Carl M. Faller_____
                                                                                          CARL M. FALLER
                                                                                          Attorney for Defendant

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER |
|   | United States Attorney |
| By | /s/ Elana S. Landau |
|   | ELANA S. LANDAU |
|   | Assistant U.S. Attorney |
|   | Attorney for the United States |

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for August 29, 2011 at 9:00 be continued until September 12, 2011n at 9:00 am.

IT IS SO ORDERED.

Dated:   **August 26, 2011**                              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE